# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

| | |
|---|---|
| IN RE:<br><br>**Robert William Loulies,**<br>          Debtor.<br>**Deborah Marie Loulies,**<br>          Joint Debtor. | **CHAPTER 7**<br>**CASE NO.: 19-70059-FJS** |
| **U.S. Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-AB3**<br><br>                    Movant,<br>v.<br><br>**Robert William Loulies,**<br>     Debtor,<br>**Deborah Marie Loulies,**<br>     Joint Debtor,<br>AND<br>**Tom C. Smith, Jr.**<br>      Trustee.<br><br>                    Defendants. | FILED PURSUANT TO 11 U.S.C SECTION 362 |

### AGREED ORDER GRANTING RELIEF FROM STAY

Upon consideration of the Motion of U.S. Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-AB3, doing business in the Commonwealth of Virginia as U.S. Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-AB3, by Counsel, to modify the automatic stay; it is

1

ORDERED that the automatic stay imposed by 11 U.S.C. Sections 362(a) is modified to permit the movant to enforce the lien of its deed of trust as it pertains to the real property located at 2333 Wildwood Road, Chesapeake, Virginia 23323, and which is more particularly described as follows:

> ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, WITH THE BUILDINGS AND IMPROVEMENTS THEREON, SITUATE IN THE CITY OF CHESAPEAKE, VIRGINIA, KNOWN, NUMBERED AND DESIGNATED AS LOT 209, "PLAT OF BRENTWOOD, SECTION NUMBER 2", RECORDED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF THE CITY OF CHESAPEAKE, VIRGINIA, IN MAP BOOK 29, AT PAGE 42.

ORDERED that the effective date of the Order shall be delayed for <u>sixty (60) days</u> after the entry of this Order to allow time for completion of loss mitigation attempts, whereupon the Movant may thereafter take action based on relief granted herein, including: (i) instituting or continuing foreclosure proceedings against the subject property, (ii) allowing the successful purchaser at the foreclosure sale to obtain possession of the subject property, (iii) allowing it to take such other actions with respect to the subject property as are set forth under applicable non-bankruptcy law, (iv) relieving it from any further filing requirements pursuant to Fed. R. Bankr. P. 3002.1(b)-(c) if the stay is ultimately and unconditionally lifted or terminated, (v) that the Order be binding and effective upon the Debtor despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code, and (vi) that the 14 day appeal period is waived.

Mar 25 2019

Date:_____

/s/ Frank J. Santoro
_____
Frank J. Santoro
United States Bankruptcy Judge

Entered on Docket: Mar 25, 2019

I ASK FOR THIS:

/s/ *David Rosen*
David A. Rosen
Attorney for Creditor
Virginia Bar # 44494
RAS Crane, LLC
11900 Parklawn Drive, Suite 310
Rockville, MD 20852
Telephone: (844) 442-2150, ext. 242
Fax: (240) 238-3767
Email: darosen@rascrane.com
*Counsel for Movant*


/s/ *Nathaniel Y. Scott*
***Debtor's Attorney***
Joseph Liberatore
Nathaniel Y. Scott
Crowley, Liberatore, Ryan & Brogan, P.C.
Town Point Center, Suite 300
150 Boush Street
Norfolk, VA 23510

/s/ *Tom C. Smith, Jr.*
***Trustee***
Tom C. Smith, Jr.
Chapter 7 Trustee
P.O. Box 1506
Virginia Beach, VA 23451

**End of Order**

# CERTIFICATE OF SERVICE

I hereby certify on March 18, 2019, a true copy of the foregoing proposed Agreed Order Granting Relief from Stay was served by first class U.S. Mail, with adequate postage prepaid on the following necessary parties in interest at the addresses stated:

***Debtor***
Robert William Loulies
 dba BD Loulies, Inc.
2333 Wildwood Road
Chesapeake, VA 23323

***Joint Debtor***
Deborah Marie Loulies
 dba BD Loulies, Inc.
2333 Wildwood Road
Chesapeake, VA 23323

***Debtor's Attorney***
Joseph T. Liberatore
Crowley, Liberatore, Ryan & Brogan, P.C.
Town Point Center, Suite 300
150 Boush Street
Norfolk, VA 23510

***Trustee***
Tom C. Smith, Jr.
Chapter 7 Trustee
P.O. Box 1506
Virginia Beach, VA 23451

/s/ David A. Rosen
David A. Rosen